# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JACKSON SCHLEUNING, on behalf of himself and other similarly situated,

    Plaintiff,

vs.

BARTONBROOK INVESTMENTS, LLC, and BARTONBROOK PROPERTIES, LLC

    Defendants.

Case No.: 23-cv-12521
Hon. Mark A. Goldsmith

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

It being stipulated to between the parties, through their respective counsel, and the Court otherwise being fully advised in the premises:

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed in its entirety with prejudice and without costs to any of the parties.

IT IS SO ORDERED.

Dated: January 25, 2024
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

4876-2093-9934_1

Stipulated and agreed to for entry:

| | |
|---|---|
| HOOPER HATHAWAY, P.C. | BODMAN PLC |
| By: /s/ *Oscar A. Rodriguez* | By: /s/ *Justin P. Bagdady* |
| Oscar A. Rodriguez (P73413)<br>126 South Main Street<br>Ann Arbor, MI 48104<br>(734) 662-4426<br>*Attorney for Plaintiff* | Justin P. Bagdady (P79764)<br>Fawzeih H. Daher (P82995)<br>Jeffrey R. May (P85587)<br>201 S. Division Street, Suite 400<br>Ann Arbor, MI 48104<br>(734) 930-2727<br>jbagdady@bodmanlaw.com<br>fdaher@bodmanlaw.com<br>jmay@bodmanlaw.com<br>*Attorneys for Defendants* |